IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS HERLIHY,<br><br>      PLAINTIFF,<br><br>v.<br><br>AFAB INDUSTRIAL SERVICES, INC., RUFFIN SOILS, INC., and EVERETT L. FARR, III,<br><br>      DEFENDANTS. | Civil Action No. 2-19-cv-1283-AB |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendants AFAB Industrial Services, Inc., Ruffin Soils, Inc., and Everett L. Farr, III's Motion to Compel the Production of Documents, and Plaintiff's Response thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

_____
, U.S.D.J.