## CERTIFICATE OF SERVICE

      I, Christopher A. Macey, Jr., hereby certify that a true and correct copy of the foregoing Response in Opposition to Defendants' Motion to Compel the Production of Documents and supporting documents were filed via the Court's Electronic Case Filing (ECF) system and that the documents are available thereon for viewing and downloading. By so filing the foregoing documents I caused them to be served, via the Court's ECF system, upon counsel for Defendants, who are registered ECF users.

                                                                                       By:    */s/ Christopher A. Macey, Jr.*
                                                                                                     Christopher A. Macey, Jr.

DATED:  October 13, 2021