## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS HERLIHY | : |
|       Plaintiff, | :    Civil Action No. 2-19-cv-1283-AB |
| vs. | : |
| AFAB INDUSTRIAL SERVICES, INC., | : |
| RUFFIN SOILS, INC., and | : |
| EVERETT L. FARR, III | : |
|       Defendants. | : |

## CERTIFICATE OF SERVICE

AND NOW COMES, Robert Szwajkos, Esquire, of Curtin & Heefner, LLP and hereby certifies that a copy of the forgoing pleading was served on:

Christopher A. Macey, Jr., Esquire
Bell & Bell LLP
1617 John F. Kennedy Blvd.
One Penn Center, Suite 1254
Philadelphia, PA 19103

By: U.S. Mail, postage prepaid on            October 25, 2021
By: Email: christophermacey@bellandbelllaw.com:    October 25, 2021

                                                             Respectively submitted,

                                                             CURTIN & HEEFNER LLP

                                                             By: /s/ Robert Szwajkos. Esquire

                                                            Robert Szwajkos, Esq.
                                                            1040 Stony Hill Road, Suite 150
                                                            Yardley, PA 19
                                                            Telephone: 215-736-2521
                                                            Email: rsz@curtinheefner.com

                                                            Attorney for Defendants

Dated: October 25, 2021

2568980.1/53774