IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THOMAS HERLIHY | : | CIVIL ACTION |
| v. | : | No 19-1283 |
| AFAB INDUSTRIAL SERVICES, INC., et al. | : |  |
|  | : |  |

**ORDER**

**AND NOW**, this 13th day of April, 2023, it is **ORDERED** that:

- Defendant's Motion to Dismiss (ECF No. 53) is **DENIED**, as read into the record.

- Parties must appear for a final pretrial/settlement conference **on April 25, 2023** at 10:30 AM in Judge's Chambers with clients Thomas Herlihy and Everett L. Farr, III, and representatives with settlement authority for clients AFAB Industrial Services, Inc. and Ruffin Soils, Inc.

   s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.