IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS HERLIHY     CIVIL ACTION

V.

NO. 19-1283

AFAB INDUSTRIAL SERVICES, INC. et al

**O R D E R**

**AND NOW,** this 25th day of April 2023, it having been reported that the issues between the parties in the above action have been settled

pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

    George Wylesol

    Clerk of Court

    By:    s/ Joseph Walton
          *Deputy Clerk*

Civ. 2 41.1(b) (3/18)